In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Located at 82–15 Britton Avenue, Borough of Queens, County of Queens, City and State of New York, Guaranteed by LAWYERS MORTGAGE COMPANY and Designated as Mortgage No. 38850. CASINO REALTY CORP., Appellant; BROOK- LYN TRUST Co., as Trustee, etc., and O'MALLEY & WILSON, Attorneys for Certifi- cate Holders, etc., Respondents.— Order of Additional Special Term, Part VII, Kings County, denying motion of appellant to compel respondents to return to appellant an allowance made to attorneys in a proceeding to reorganize a mort- gage and for the election of a trustee, affirmed, without costs. No opinion. Lazan- sky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.